# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MICHAEL D. JACKSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, *et al.*,<br><br>        Defendants. | 2:14-cv-01794-RFB-VCF<br>**ORDER** |

      Before the Court is the Motion to Excuse Defendant Maureen Higgins-Teague from Attending the Settlement Conference (ECF No. 35).

      Accordingly,

      IT IS HEREBY ORDERED that any opposition to the Motion to Excuse Defendant Maureen Higgins-Teague from Attending the Settlement Conference (ECF No. 35) is due March 1, 2018. No reply needed.

      DATED this 22nd day of February, 2018.

                                                                         CAM FERENBACH
                                                                       UNITED STATES MAGISTRATE JUDGE