**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL D. JACKSON<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS; STEVE SMITH, an individual; MAUREEN HIGGINS-TEAGUE, an individual; DOE Defendants I Through X, inclusive; and ROE CORPORATIONS A through Z, inclusive,<br><br>Defendants. | CASE NO: 2:14-CV-01794<br><br>**STIPULATION AND ORDER TO VACATE HEARING** |

COMES NOW, the Plaintiff, Michael D. Jackson hereinafter ("Jackson") by and through their attorney, Jenny L. Foley, Ph.D., Esq., of the law firm of HKM Employment Attorneys LLP, and Defendants, CITY OF LAS VEGAS; STEVE SMITH, an individual; MAUREEN HIGGINS-TEAGUE, an individual; DOE Defendants Through X, inclusive; and ROE CORPORATIONS A through Z, inclusive ("Defendants"), by and through their attorney, Jack O. Eslinger, Esq. of the Las Vegas City Attorney's Office and hereby stipulate as follows:

1. That the parties have reached an agreement to settle regarding the issues set forth in Plaintiffs' Complaint.

2. That the Settlement Conference scheduled for Tuesday, June 19, 2018 at 11:30 a.m. be vacated due to a settlement being reached.

3. The substantive terms of the settlement are as follows:

    a. Defense counsel will provide a settlement agreement with the terms set forth to Plaintiff's counsel in the next 14 days.

    b. The parties aver and agree that the settlement in this matter resolves a bona fide dispute.

    c. The parties aver and agree that the settlement was reached after contested litigation.

The Court shall maintain continuing jurisdiction of this matter for all disputes which arise from the settlement.

This request for the Court's approval and judgment is made in good faith.

| Dated this 14th day of June, 2018. | Dated this 14th day of June, 2018 |
|---|---|
| **HKM Employment Attorneys LLP** | **Las Vegas City Attorney's Office** |
| */s/ Jenny L. Foley* | */s/ Jack O. Eslinger* |
| Jenny L. Foley, Ph.D., Esq. | Jack O. Eslinger, Esq. |
| Nevada Bar No. 9017 | Nevada Bar No. 8443 |
| 1785 East Sahara Ave., Suite 325 | 6851 West Charleston Blvd. |
| Las Vegas, Nevada 89104 | Las Vegas, Nevada 89117 |

# ORDER

The Court having reviewed the foregoing proposed Stipulation, and good cause appearing therefor: IT IS HEREBY ORDERED:

1. That the parties have settled all claims raised in Plaintiffs' Complaint.
2. That the Settlement Conference scheduled for Tuesday, June 19, 2018 at 11:30 a.m. is vacated due to a settlement being reached.
3. The substantive terms of the settlement are as follows:
    a. Defense counsel will provide a settlement agreement with the terms set forth to Plaintiff's counsel in the next 14 days.
    b. The settlement in this matter resolves a bona fide dispute.
    c. The settlement was reached after contested litigation.

/ / /

/ / /

/ / /

The Court shall maintain continuing jurisdiction of this matter ~~for all issues related to~~ until the stipulation and order of dismissal is filed. IT IS HEREBY ORDERED that the proposed stipulation ~~the settlement and its enforcement~~.

and order for dismissal must be filed on or before July 30, 2018. IT IS FURTHER ORDERED that a status check is scheduled for 11:00 AM, August 3, 2018, in Courtroom 3D.

Dated: June 15, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ *Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*